**STATE OF TENNESSEE**
**Department of Commerce and Insurance**
**500 James Robertson Parkway**
**Nashville, TN 37243-1131**
**PH - 615.741.1670, FX - 615.532.2788**
**Service.Process@tn.gov**

RECEIVED
in Clerk's Office
OCT 28 2021
U.S. District Court
Middle District of TN

October 19, 2021

Lincoln National Life Ins. Co.
2908 Poston Ave C/O C S C
Nashville, TN 37203
NAIC # 65676

Certified Mail
Return Receipt Requested
7019 1120 0000 4181 8234
Cashier # 213530

Re: Scott Booth V. Lincoln National Life Ins. Co.

Docket # 321Cv00765

To Whom It May Concern

Pursuant to Tennessee Code Annotated §56-2-504 or § 56-2-506, the Department of Commerce and Insurance was served October 18, 2021, on your behalf in connection with th above-styled proceeding. Documentation relating to the subject is herein enclosed.

Designated Agent
Service of Process

Enclosures

cc: Federal District Court Clerk
801 Broadway #800
Nashville, Tn 37203