**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **SCOTT BOOTH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NO. 3:21-cv-00765** |
| | ) | |
| **v.** | ) | **JUDGE TRAUGER** |
| | ) | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

---

**DECLARATION OF IWANA RADEMAEKERS IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE**

---

I, Iwana Rademaekers, hereby declare:

1. I am over the age of eighteen (18), have personal knowledge of the facts stated herein, and am competent to be a witness. I am counsel for Defendant The Lincoln National Life Insurance Company in this case.

2. There have been no disciplinary proceedings by any disciplinary authority or any court, or any criminal charges instituted against me.

I declare under the penalty of perjury that the foregoing facts are true and correct this 8th day of November 2021.

IWANA RADEMAKERS



Case 3:21-cv-00765 Document 8-1 Filed 11/08/21 Page 1 of 2 PageID #: 22

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 8th day of November 2021, a true and correct copy of the foregoing **DECLARATION OF IWANA RADEMAEKERS IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE** was filed via the Court's CM/ECF electronic filing system, which served the following counsel of record via electronic notification:

K. Cody Allison, Esq.
Samuel D. Payne, Esq.
Lauren W. Travis, Esq.
Parkway Towers
404 James Robertson Parkway, Suite 1623
Nashville, Tennessee 37219
Telephone: (615) 234-6000
Facsimile: (615) 727-0175
cody@codyallison.com
sam@codyallison.com
lauren@codyallison.com

*Attorneys for Plaintiff*

*/s/ Iwana Rademaekers*
Iwana Rademaekers