U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

# CERTIFICATE OF GOOD STANDING

I, Karen Mitchell, Clerk of the U.S. District Court for the Northern District of Texas, certify that the attorney named below is admitted to practice before this court and is currently in good standing:

**Iwana Rademaekers**

| Bar Number: | Date of Admission: |
| --- | --- |
| **16452560** | **11/07/1988** |

Witness my official signature and the seal of this court.

Dated: July 12, 2021

Karen Mitchell,
Clerk of Court

By: /s/ K. Riojas
Deputy Clerk