**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

**SCOTT BOOTH** **PLAINTIFF**

**VS.** **CIVIL ACTIO NO.: 3:21-CV-00765**

**JUDGE TRAUGER**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY** **DEFENDANT**

# NOTICE OF APPEARANCE

J. Day Peake III, of the law firm of Phelps Dunbar LLP, hereby enters his appearance as local counsel of record for Defendant, The Lincoln National Life Insurance Company, in the above referenced cause.

Respectfully submitted, this the 30th November, 2021.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

PHELPS DUNBAR LLP

BY: */s/ J. Day Peake III*

J. Day Peake III, BPR #034917
Phelps Dunbar LLP
315 Deaderick Street, Ste. 1550
Nashville, TN 37238
Telephone: 615-928-1893
Email: day.peake@phelps.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

This the 30th day of November, 2021.

*/s/ J. Day Peake III*
J. Day Peake III