**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| SCOTT BOOTH,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 3:21-cv-765<br>Judge Trauger |

**ORDER**

The initial case management conference scheduled on Monday, December 13, 2021 at 1:30 p.m. is hereby RESET for the same day at 1:00 p.m. and will be held in Judge Trauger's courtroom. Lead counsel for each party shall participate in the conference. All participants will be masked and socially distanced during the conference.

It is so **ORDERED**.

ALETA A. TRAUGER
U.S. District Judge