**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **SCOTT BOOTH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NO. 3:21-cv-00765** |
| | ) | |
| **v.** | ) | **JUDGE TRAUGER** |
| | ) | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>UNOPPOSED MOTION TO APPEAR FOR INITIAL CASE MANAGMENT CONFERENCE VIA TELEPHONE</u>**

The undersigned counsel for The Lincoln National Life Insurance Company files this Unopposed Motion to Appear for Initial Case Management Conference Via Telephone, and states as follows:

1. The Initial Case Management Conference is set in this matter for December 13, 2021 at 1:00 pm before US District Judge Aleta A. Trauger.

2. Pursuant to the Order for Confenrence, lead counsel for each party must attend the conference. As such, Defendant's lead counsel, Iwana Rademaekers, would like to appear for the Initial Case Management Conference via telephone. Further, if the Court also requires attendance by Defendant's local counsel, J. Day Peake, III, it is also requested that Mr. Peake be allowed to attend the conference via telephone as well. Plaintiff's counsel has no objection to Ms. Rademaekers and/or Mr. Peake appearing via telephone for the Case Management Conference.

WHEREFORE, Defendant requests that Iwana Rademaekers be allowed to appear for the December 13, 2021, Initial Case Management Conference via telephone. Further, to the extent

the Court requires Mr. Peake's attendance, Defendant requests that Mr. Peake also be allowed to appear for the conference via telephone. ALTERNATIVELY, if the Court requires Defendant's local counsel to appear in person, the undersigned requests the hearing be reset.

Respectfully submitted,

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

/s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

- AND -

*S/ J. Day Peake III*
J. Day Peake III BPR No. 034917
**PHELPS DUNBAR LLP**
315 Deadrick Street, Suite 1550
Nashville, Tennessee 37238
PH: (615) 928-1893
Email: Day.Peake@Phelps.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF CONFERENCE**

I certify that the undersigned conferred with Plaintiff's counsel concerning the contents of this Motion on December 8, 2021, and was informed that Plaintiff does not oppose this Motion.

/s/ Iwana Rademaekers
Iwana Rademaekers

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the **8th day of December 2021**, a copy of the foregoing **MOTION TO APPEAR FOR INITIAL CASE MANAGEMENT CONFERENCE VIA TELEPHONE** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

K. Cody Allison, Esq.
cody@codyallison.com

Samuel D. Payne
sam@codyalliosn.com

Lauren W. Travis
lauren@codyallison.com

/s/ Iwana Rademaekers
Iwana Rademaekers