**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **SCOTT BOOTH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NO. 3:21-cv-00765** |
| | ) | |
| **v.** | ) | **JUDGE TRAUGER** |
| | ) | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER GRANTING MOTION TO APPEAR FOR INITIAL CASE MANAGEMENT CONFERENCE VIA TELEPHONE**

CONSIDERING the Unopposed Motion to Appear for Initial Case Management Conference Via Telephone filed by the Defendant:

**IT IS ORDERED** that the Motion be and is hereby **GRANTED**. Iwana Rademaekers may appear via telephone for the Initial Case Management Conference in the above-styled matter. Appearance for the conference by Defendant's local counsel is not necessary.

Entered this _____ day of ___________, 2021.

______________________________________
UNITED STATES DISTRICT JUDGE