**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| SCOTT BOOTH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:21-cv-765 |
| | ) | Judge Trauger |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The Unopposed Motion to Appear for Initial Case Management Conference Via Telephone (Doc. No. 15) is GRANTED. Defendant's lead counsel, Iwanda Rademaekers, may appear by telephone. However, local counsel, J. Day Peake III, must appear in person at the initial case management conference.

It is so **ORDERED**.

ALETA A. TRAUGER
U.S. District Judge