**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **SCOTT BOOTH,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CIVIL ACTION NO. 3:21-cv-00765**<br><br>**JUDGE TRAUGER** |

**UNOPPOSED MOTION TO CONTINUE**
**INITIAL CASE MANAGMENT CONFERENCE**

The undersigned counsel for The Lincoln National Life Insurance Company files this Unopposed Motion to Continue Initial Case Management Conference, and states as follows:

1. The Initial Case Management Conference is set in this matter for December 13, 2021 at 1:00 pm. Defendant's local counsel J. Day Peake is unable to appear in person on that date.

2. The Parties are discussing a resolution of the case and want to save both the Court's resources and the Parties' time and expense of attending a case management conference. Progress has been made, but the Parties require additional time to complete these discussions. Accordingly, the Defendant requests a two week continuance of the Initial Case Management.

3. Plaintiff's counsel has no objection to the requested continuance.

WHEREFORE, Defendant requests a two-week continuance of the Initial Case Management Conference..

Respectfully submitted,

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

/s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

- AND -

*S/ J. Day Peake III*
J. Day Peake III BPR No. 034917
**PHELPS DUNBAR LLP**
315 Deadrick Street, Suite 1550
Nashville, Tennessee 37238
PH: (615) 928-1893
Email: Day.Peake@Phelps.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF CONFERENCE

I certify that the undersigned conferred with Plaintiff's counsel concerning the contents of this Motion on December 10, 2021, and was informed that Plaintiff does not oppose this Motion.

/s/ Iwana Rademaekers
Iwana Rademaekers

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the **10th day of December 2021**, a copy of the foregoing **MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

K. Cody Allison, Esq.
cody@codyallison.com

Samuel D. Payne
sam@codyalliosn.com

Lauren W. Travis
lauren@codyallison.com

/s/ Iwana Rademaekers
Iwana Rademaekers