**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **SCOTT BOOTH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NO. 3:21-cv-00765** |
| | ) | |
| **v.** | ) | **JUDGE TRAUGER** |
| | ) | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER GRANTING MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

CONSIDERING the Unopposed Motion to Continue Initial Case Management Conference filed by the Defendant:

**IT IS ORDERED** that the Motion be and is hereby **GRANTED**. The Initial Case Management Conference is reset to ________________, 2021. It is further ordered that Iwana Rademaekers may appear via telephone for this conference.

Entered this _____ day of ____________, 2021.

______________________________________________
UNITED STATES DISTRICT JUDGE