Motion GRANTED.
The initial case management conference is RESET for 1/10/2022 at 2:30 p.m.

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **SCOTT BOOTH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NO. 3:21-cv-00765** |
| | ) | |
| **v.** | ) | **JUDGE TRAUGER** |
| | ) | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**UNOPPOSED MOTION TO CONTINUE**
**INITIAL CASE MANAGMENT CONFERENCE**

The undersigned counsel for The Lincoln National Life Insurance Company files this Unopposed Motion to Continue Initial Case Management Conference, and states as follows:

1. The Initial Case Management Conference is set in this matter for December 13, 2021 at 1:00 pm. Defendant's local counsel J. Day Peake is unable to appear in person on that date.

2. The Parties are discussing a resolution of the case and want to save both the Court's resources and the Parties' time and expense of attending a case management conference. Progress has been made, but the Parties require additional time to complete these discussions. Accordingly, the Defendant requests a two week continuance of the Initial Case Management.

3. Plaintiff's counsel has no objection to the requested continuance.

WHEREFORE, Defendant requests a two-week continuance of the Initial Case Management Conference..

Respectfully submitted,

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**