**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

| | | |
|---|---|---|
| SCOTT BOOTH,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 3:21-cv-765<br>Judge Trauger |

**O R D E R**

It is hereby ORDERED that the initial case management conference scheduled for Monday, January 10, 2022 at 2:30 p.m. will be held by teleconference. Lead counsel for each party shall participate in the conference. Judge Trauger's Courtroom Deputy will email to counsel the number they should call in order to participate in the conference.

It is so **ORDERED**.

ALETA A. TRAUGER
U.S. District Judge