**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

| | | |
|---|---|---|
| SCOTT BOOTH<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY<br><br>Defendant. | ) | Civil No. 3:21-CV-765<br>Judge Trauger |

**<u>O R D E R</u>**

The court has been notified that this case has settled. It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed by February 10, 2022.

The Initial Case Management Conference set for January 10, 2022 is **CANCELLED**.

It is so **ORDERED**.



ALETA A. TRAUGER
U.S. District Judge