**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

| | | |
|---|---|---|
| SCOTT BOOTH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:21-cv-765 |
| | ) | Judge Trauger |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

I hereby recuse myself in this case. The file shall be returned to the Clerk for reassignment to another judge.

It is so **ORDERED**.

ALETA A. TRAUGER
U.S. District Judge