**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

**SCOTT BOOTH,**

**Plaintiff;**

**vs.**

**Case No. 3:21-cv-00765**
**Judge Aleta A. Trauger**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**

**Defendant.**

---

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

Plaintiff Scott Booth and Defendant The Lincoln National Life Insurance Company file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with each party to bear its own costs and attorney's fees; and no costs, expenses or fees are sought.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 4th day of February, 2022.

Respectfully submitted:

**CODY ALLISON & ASSOCIATES, PLLC**

/s/ Samuel D. Payne
K. Cody Allison, BPR No. 020623
Samuel D. Payne, BPR No. 019211
Lauren W. Travis, BPR No. 032473
Parkway Towers
404 James Robertson Parkway, Ste. 1623
Nashville, TN 37219
Telephone: (615) 234-6000
Fax: (615) 727-0175
cody@codyallison.com
sam@codyallison.com
lauren@codyallison.com

*Attorneys for Plaintiff*

-And-

**LAW OFFICE OF IWANA RADEMAEKERS, P.C.**

/s/ Iwana Rademaekers (*w/ permiss., sdp*)
Iwana Rademaekers, Texas Bar No. 16452560
(Admitted Pro Hac Vice)
17304 Preston Road, Suite 800
Dallas, TX 75252
Telephone: (214) 579-9319
Fax: (469) 444-6456
iwana@rademaekerslaw.com

-And-

**PHELPS DUNBAR LLP**

/s/ J. Day Peake III (*w/ permiss., sdp*)
J. Day Peake III, BPR No. 34917
315 Deaderick Street, Suite 1550
Nashville, TN 37238
Telephone: (615) 928-1893
day.peake@phelps.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of February, 2022, it is anticipated that a true and exact copy of the foregoing will be served via the Court's CM/ECF system on:

Iwana Rademaekers
Law Office of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, TX 75252
iwana@rademaekerslaw.com

J. Day Peake III, BPR No. 34917
Phelps Dunbar LLP
315 Deaderick Street, Suite 1550
Nashville, TN 37238
day.peake@phelps.com

/s/ Samuel D. Payne
Samuel D. Payne