**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **SCOTT BOOTH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 3:21-cv-00765** |
| | ) | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | **JUDGE CAMPBELL** |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

The parties have filed a Joint Stipulation for Dismissal with Prejudice stating that this action should be dismissed. (Doc. No. 23). Accordingly, pursuant to the stipulation of the parties, this case is hereby **DISMISSED WITH PREJUDICE**. The Clerk is directed to close the file.

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE